UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUN-TIGER LLC, *doing business as Run-Chicken*,<br><br>                           Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                           Defendants. | 23-CV-00774 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The motion for leave to file excess pages is DENIED AS MOOT. *See* ECF No. 16. The motion to seal at ECF No. 12 is also DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate ECF Nos. 12, 16, and 26.

SO ORDERED.

Dated: September 11, 2023
          New York, New York

                                                                    _____
                                                                    ARUN SUBRAMANIAN
                                                                    United States District Judge