**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUN-TIGER LLC, d/b/a RUN-CHICKEN,<br><br>     Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE A TO THE COMPLAINT,<br><br>     Defendants. | Case No.: 1:23-cv-00774-AS |

**DEFAULT JUDGMENT**

THIS CASE having been commenced by RUN-TIGER LLC, d/b/a RUN-CHICKEN ("Plaintiff") against the Defendants identified on the Third Amended Schedule A (collectively, the "Defaulting Defendants") and using at least the domain names identified in the Third Amended Schedule A (the "Defaulting Defendant Domain Names") and the online marketplace accounts identified in the Third Amended Schedule A (the "Defaulting Online Marketplace Accounts") attached hereto, and Plaintiff having moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants that included a domain name disabling order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and email service being sufficient under Federal Rule of Civil Procedure 4(f)(3), for the reasons explained in the Court's memorandum opinion entered separately; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District.  Specifically, Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing either one or both of the RUN-CHICKEN Trademark, U.S. Trademark Registration Nos.: 6,454,213 and 6,939,573 (together, the "RUN-CHICKEN Trademarks") and/or copyrights covered by U.S. Copyright Office Registration Nos. VA 2-330-811 and No. VA 2-330-915, (the "RUN-CHICKEN IMAGES Copyrights"); and

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 101 et seq.), and/or violation of unfair competition under New York common law.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.     Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a.      using Plaintiff's RUN-CHICKEN Trademarks, RUN-CHICKEN
        IMAGES Copyrights, or any reproductions, counterfeit copies, or
        colorable imitations thereof in any manner in connection with the
        distribution, marketing, advertising, offering for sale, or sale of any
        product that is not a genuine RUN-CHICKEN product or not
        authorized by Plaintiff to be sold in connection with Plaintiff's
        RUN-CHICKEN Trademarks and/or RUN-CHICKEN IMAGES
        Copyrights;

b.      passing off, inducing, or enabling others to sell or pass off any
        product as a genuine RUN-CHICKEN product or any other product
        produced by Plaintiff, that is not Plaintiff's or not produced under
        the authorization, control, or supervision of Plaintiff and approved
        by Plaintiff for sale under Plaintiff's RUN-CHICKEN Trademarks
        and/or RUN-CHICKEN IMAGES Copyrights;

c.      committing any acts calculated to cause consumers to believe that
        Defendants' products are those sold under the authorization, control
        or supervision of Plaintiff, or are sponsored by, approved by, or
        otherwise connected with Plaintiff;

d.      further infringing Plaintiff's RUN-CHICKEN Trademarks and/or
        RUN-CHICKEN IMAGES Copyrights and damaging Plaintiff's
        goodwill;

e.      otherwise competing unfairly with Plaintiff in any manner;

f.      shipping, delivering, holding for sale, transferring or otherwise
        moving, storing, distributing, returning, or otherwise disposing of,
        in any manner, products or inventory not manufactured by or for
        Plaintiff, nor authorized by Plaintiff to be sold or offered for sale,
        and which bear any of Plaintiff's RUN-CHICKEN Trademarks

3

and/or RUN-CHICKEN IMAGES Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof;

g.   using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit RUN-CHICKEN products; and

h.   operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN IMAGES Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine RUN-CHICKEN product or not authorized by Plaintiff to be sold in connection with Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN IMAGES Copyrights.

2.    The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee, will be released to Plaintiff or their counsel upon notice to the Court that all non-defaulting defendants have been dismissed from the case.  The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiff or its counsel once such notice is provided.

Dated: February 15, 2024

_____

Arun Subramanian
United States District Judge

4

## THIRD AMENDED SCHEDULE A

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
| --- | --- | --- |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 101. | A_AIFAMY | https://www.amazon.com/sp?seller=A3PIZLEX7MGSBI |
| 102. | Aiwan E-commerce Co., Ltd | https://www.amazon.com/sp?seller=A2MPDP5UYHFKZS |
| 104. | Allwin Radios | https://www.amazon.com/sp?seller=A2EE5GBE3SY6XZ |
| 120. | Golger | https://www.amazon.com/sp?seller=A2FBUKYRPI81R2 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 121. | Guanyanyi | https://www.amazon.com/sp?seller=A3KP4VQQVE48DX |
| 129. | mansor shop | https://www.amazon.com/sp?seller=A2STENFDSOIRVN |
| 131. | MIXUNSHOP | https://www.amazon.com/sp?seller=A16PYAUTRIANGI |
| 132. | MM Craft | https://www.amazon.com/sp?seller=A26767DCLYOQS1 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 144. | STGH Direct | https://www.amazon.com/sp?seller=ANB2BHCB6TV4D |
| 148. | tdyzbao | https://www.amazon.com/sp?seller=A1059KFOJNYDV8 |
| 150. | usvery | https://www.amazon.com/sp?seller=AWOGFDEQNST0Y |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 164. | dblt | https://www.dhgate.com/store/about-us/21819060.html |
| 165. | dbpi | https://www.dhgate.com/store/about-us/21819089.html |
| 166. | detu | https://www.dhgate.com/store/about-us/21819066.html |
| | | |
| 170. | gm4l | https://www.dhgate.com/store/about-us/21818267.html |
| | | |
| 172. | h0p7 | https://www.dhgate.com/store/about-us/21819222.html |
| | | |
| 174. | lzx7p | https://www.dhgate.com/store/about-us/21800465.html |
| 175. | n0uj | https://www.dhgate.com/store/about-us/21818268.html |
| 176. | nvni | https://www.dhgate.com/store/about-us/21819072.html |
| 177. | ok6i | https://www.dhgate.com/store/about-us/21819077.html |
| | | |
| 179. | phs1 | https://www.dhgate.com/store/about-us/21818265.html |
| 180. | pyouyig2 | https://www.dhgate.com/store/about-us/21751277.html |
| 181. | qi4q | https://www.dhgate.com/store/about-us/21818119.html |
| | | |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 183. | v2d8 | https://www.dhgate.com/store/about-us/21819063.html |
| | | |
| 186. | w9ro | https://www.dhgate.com/store/about-us/21819079.html |
| | | |
| 188. | xklv | https://www.dhgate.com/store/about-us/21819091.html |
| 189. | abedqqa | https://www.ebay.com/usr/abedqqa |
| 190. | abedalmged | https://www.ebay.com/usr/abedalmged |
| | | |
| 192. | allud-21 | https://www.ebay.com/usr/allud-21 |
| 193. | anmde7769 | https://www.ebay.com/usr/anmde7769 |
| | | |
| 198. | capricor-2916 | https://www.ebay.com/usr/capricor-2916 |
| 199. | cheer-905622 | https://www.ebay.com/usr/cheer-905622 |
| 200. | dangers14 | https://www.ebay.com/usr/dangers14 |
| 201. | deli_games_shop | https://www.ebay.com/usr/deli_games_shop |
| | | |
| 207. | green-design | https://www.ebay.com/usr/green-design |
| 208. | jakie16 | https://www.ebay.com/usr/jakie16 |
| | | |
| 210. | magic_zone | https://www.ebay.com/usr/magic_zone |
| 211. | mensame-63 | https://www.ebay.com/usr/mensame-63 |
| 212. | moli-store | https://www.ebay.com/usr/moli-store |
| | | |
| 215. | odfc55 | https://www.ebay.com/usr/odfc55 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 216. | omyp1741 | https://www.ebay.com/usr/omyp1741 |
| 217. | panda_of_china | https://www.ebay.com/usr/panda_of_china |
| 223. | wangbowen8899-1 | https://www.ebay.com/usr/wangbowen8899-1 |
| 224. | weiltestore | https://www.ebay.com/usr/weiltestore |
| 232. | AoZoA09 | https://www.joom.com/en/stores/636b562e89bc53ce5e600c91 |
| 243. | CHENGDUWEIYUEZHENYUSHANGMAOYOUXIANGONGSI | https://www.walmart.com/reviews/seller/101198309 |
| 244. | G-CHEN | https://www.walmart.com/reviews/seller/101276139 |
| 245. | Guangzhou Zhimei Trading Co., LTD | https://www.walmart.com/reviews/seller/101230648 |
| 246. | Haikou | https://www.walmart.com/reviews/seller/101268985 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 249. | MDHAND Direct | https://www.walmart.com/reviews/seller/101111604 |
| 250. | Mian yang bo yuan lai ke ji you xian gong si | https://www.walmart.com/reviews/seller/101276289 |
| 255. | XuanMing | https://www.walmart.com/reviews/seller/101293842 |
| 256. | 2020WIN | https://www.wish.com/merchant/5e7defbd1c5f90a221cd3acb |
| 257. | cesar josé quijada | https://www.wish.com/merchant/5ddacd4fa0371350f17f4877 |
| 258. | eshop1 | https://www.wish.com/merchant/5e898ae199a1f951b3d4501d |
| 261. | liuhaijiao | https://www.wish.com/merchant/5b724d3359030b1e908b9219 |
| 262. | Meng Laite trading company in Shenzhen, China | https://www.wish.com/merchant/54984935653d5121ae54181c |
| 263. | MUMU_WIND | https://www.wish.com/merchant/5a71e015a6bf7a6ad479fe1d |
| 264. | Newtonchen | https://www.wish.com/merchant/5ab8b318ddf45b2b28df31b9 |
| 265. | pinkwing | https://www.wish.com/merchant/58f5c7f4c509bf5bf0f48bee |
| 268. | shenzhenshitailianhuikejiyouxiangongsi | https://www.wish.com/merchant/5577cdcdc3ab512e59172e6c |
| 269. | tangrui | https://www.wish.com/merchant/5a38ea265c52446a4528e764 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 270. | we call it hope | https://www.wish.com/merchant/594f2776d85e692f11b2758f |
| 271. | wilkmeet | https://www.wish.com/merchant/5d525f83838897077f52c8af |